Michele A. Dobson, (Bar No. 192349)
LAW OFFICES OF MICHELE A. DOBSON
Historic Bixby Knolls
3711 Long Beach Blvd., Suite 5047
Long Beach, CA 90807
T (562) 433-7718 Telephone
F (562) 433-7719 Facsimile
E longbeachesq@gmail.com
www.longbeachesq.com

Attorney for Defendant, CARWOOD CENTER LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS MARQUEZ,**<br>            Plaintiff,<br><br>vs.<br><br>**CARWOOD CENTER LLC.**, a Limited Liability Company, and **DOES 1-10**<br>            Defendant(s). | Case No: 2:20-cv- 05948-VAP-JEM<br>Judge Virginia A. Phillips<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S EX PARTE TO ADVANCE DEFENDANT'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT; PROOF OF SERVICE** |

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant, Carwood Center LLC, hereby submits its Non Opposition to Plaintiff, Luis Marquez, ex parte application to advance Defendant's Unopposed Motion for Summary Judgment.

Dated:  July 26, 2021           LAW OFFICES OF MICHELE A. DOBSON

            *Michele A. Dobson*
            MICHELE A. DOBSON
            Attorney for Carwood Center LLC

1

**PROOF OF SERVICE**
LUIS MARQUEZ vs. CARWOOD CENTER, LLC
Case No: 2:20-cv- 05948-VAP-JEM

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 3711 Long Beach Blvd., Ste 5047, Long Beach, CA 90807

On July 26, 2021, I served the following document(s):

- Defendant's Notice of Non-Opposition to Plaintiff's Ex Parte

**Addressed to:**

| | |
|---|---|
| Zachary Divina | zacharyd@potterhandy.com |
| Russell C Handy | russ@potterhandy.com |
| Dennis Jay Price, II | dennisp@potterhandy.com |
| Amanda Lockhart Seabock | amandas@potterhandy.com |
| Raymond George Ballister , Jr | rayballister@potterhandy.com |

Center for Disability Access
8033 Linda Vista Road Suite 200
San Diego, CA 92111

[X] BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Long Beach, California.
[   ] BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
[   ] BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully
prepaid to be placed in the Designated Overnite Express drop box at Long Beach, California.
[  ] BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
[X] BY ELECTRONIC MAIL TRANSMISSION: via email.  I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on July, 26, 2021, from Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Brenda Aguilar*
Brenda Aguilar, Assistant for
MICHELE A. DOBSON, Esq.