JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Marquez,<br><br>        Plaintiff,<br><br>        v.<br><br>Carwood Center, LLC, et al.,<br><br>        Defendant. | 2:20-cv-05948-VAP-JEMx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant Carwood Center, LLC's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *Luis Marquez v. Carwood Center, LLC et al.*, 2:20-cv-05948-VAP-JEMx, is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    7/27/21

                                                  Virginia A. Phillips<br>                                                  United States District Judge